IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ANTHONY GATES                                                                                    PLAINTIFF

V.                                                                                    NO. 1:10CV045-M-A

DR. TOM LEHMAN, et al.                                                              DEFENDANTS

## ORDER OVERRULING OBJECTIONS and ADOPTING REPORT AND RECOMMENDATION

The plaintiff, an inmate proceeding pro se, filed this complaint pursuant to 42 U.S.C. § 1983. The plaintiff's complaint included a claim for denial of adequate medical care. The Magistrate Judge submitted a report recommending the dismissal of the complaint for failure to state a claim. The plaintiff has filed objections to the report and recommendation.

The court finds that for reasons stated in the Report and Recommendation dated June 4, 2010, the plaintiff's objections are not well taken.

THEREFORE, it is hereby ORDERED that

(1) the plaintiff's objections to the Report and Recommendation of the United States Magistrate Judge are OVERRULED;

(2) the Report and Recommendation (docket entry 13) is APPROVED and ADOPTED as the opinion of this court;

(3) the complaint is DISMISSED; and

(4) this matter is CLOSED.

SO ORDERED, this the 23rd day of July, 2010.

                                                          **/s/ MICHAEL P. MILLS**
                                                          **CHIEF JUDGE**
                                                          **UNITED STATES DISTRICT COURT**
                                                          **NORTHERN DISTRICT OF MISSISSIPPI**